[No. 1855–2.   Division Two.   May 3, 1977.]

CYRIL B. FRICK, *Appellant,* v. GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LTD., *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 21522, Gerald B. Chamberlin, J.,

entered April 11, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.